UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| YUVISNIEL REYNA-NUNEZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26-CV-649-DRL-SJF |

ORDER TO SHOW CAUSE

Immigration detainee Yuvisniel Reyna-Nunez, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 2. He did not file a reply to the petition, suggesting he might no longer be in immigration custody. Consequently, the court will order a supplemental status report as to Reyna-Nunez's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status report by **October 2, 2026**.

SO ORDERED on September 25, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge